# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

MARK SHULTZABERGER and      *
KIMBERLY SHULTZABERGER

                        *

                        *      **Case No.: 1:15-cv-50**

          *Plaintiffs,*      *

**v.**      *

**CHESACO MOTORS, INC., and**      *
 **KEYSTONE RV COMPANY,**
                        *

         *Defendants.*      *

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Maryland Rule 2-506(a), Plaintiffs Mark Shultzaberger and Kimberly Shultzaberger and Defendants, Chesaco Motors, Inc. and Keystone RV Company by their respective counsel, stipulate to the dismissal of all claims with prejudice and with the parties being responsible for their own costs.

Dated: April 1, 2016                    Respectfully submitted,


*/s/ Steven B. Isbister*                 */s/ Steven R. Freeman (w/permission)*
Steven B. Isbister                       Steven R. Freeman, Esquire
The Law Offices of E. David Hoskins, LLC  Freeman Rauch, LLC
16 E. Lombard Street, Ste. 400           409 Washington Ave., Ste. 200
Baltimore, Maryland 21202                Towson, Maryland 1204
(410) 662-6500 (Tel.)                    (410) 842-6600 (Tel.)
*Attorney for the Plaintiff*             *Attorneys for Defendants*
*Tierra D. Stewart*                      *Chesaco Motors, Inc. and Keystone RV*
                                         *Company*


## CERTIFICATE OF SERVICE

I certify that on April 1, 2016 a copy of the above document was served via CM/ECF.


*/s/ Steven B. Isbister*
Steven B. Isbister